*Arthur K. Bolton, Attorney General,* for appellee.

## 28666. HEARD v. SMITH.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 23, 1974.

Robert Jerome Heard, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28706. BROWN v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 23, 1974.

Alford Brown, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28798. CAMERON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*